JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEXTER SC FARLOUGH,

Plaintiff(s),

v.

UNINSURED EMPLOYERS BENEFIT TRUST FUND et al.,

Defendants.

Case No. 2:26-cv-09022-SB-DSR

FINAL JUDGMENT

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Dexter SC Farlough's claims against Defendants are dismissed with prejudice.

This is a final judgment.

Date: November 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge